IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

                Plaintiff,

      v.                              CR NO: 2:18-CR-0220-JAM

**FRANCELINO MARIO ALVES,**

                Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Francelino Mario Alves |
| Detained at: | Sacramento County Main Jail |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: Distribution of Methamphetamine
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on January 5, 2021, at 2:00 p.m., in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ David Spencer* |
| Printed Name & Phone No: | AUSA David W. Spencer, 916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on January 5, 2021, at 2:00 p.m., for his initial appearance and arraignment, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 23, 2020

*[signature]*

Honorable Deborah Barnes
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | ☒ Male ☐ Female |
| Booking or CDC #: | 10029797 | |
| Facility Address: | 651 "I" Street, Sacramento, CA | |
| Facility Phone: | | |
| Currently Incarcerated | | |

## RETURN OF SERVICE

Executed on: _____

                    (signature)