PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANCELINO MARIO ALVES,<br><br>                Defendant. | CASE NO. 2:18-CR-0220-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 14, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 14, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until December 14, 2021, and to exclude time between September 14, 2021, and December 14, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes approximately 380 pages of investigative reports, photographs, and other documents, as well as multiple audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      On July 26, 2021, the Court signed an order substituting attorney Toni White as counsel of record for defendant.  ECF No. 23.

c)      Counsel for defendant desires additional time to review the discovery, to consult with her client regarding the charges and potential resolutions, to conduct investigation and research related to the charges and sentencing, and to otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2021 to December 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 9, 2021                              PHILLIP A. TALBERT
                                                      Acting United States Attorney


                                                       /s/ DAVID W. SPENCER
                                                      DAVID W. SPENCER
                                                      Assistant United States Attorney

Dated:  September 9, 2021

/s/ Toni L. White
Toni L. White
Counsel for Defendant
FRANCELINO MARIO
ALVES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 9, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE