PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0220-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| FRANCELINO MARIO ALVES, | DATE: March 29, 2022 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 29, 2022.

2. By this stipulation, defendant now moves to continue the status conference until May 10, 2022, at 9:30 a.m., and to exclude time between March 29, 2022, and May 10, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On July 26, 2021, the Court signed an order substituting attorney Toni White as counsel of record for defendant. ECF No. 23.

   b) The government has represented that the discovery associated with this case includes approximately 450 pages of investigative reports, photographs, and other documents, as

1  well as multiple audio and video recordings. All of this discovery has been either produced
2  directly to counsel and/or made available for inspection and copying. On November 22, 2021,
3  the government produced approximately 70 pages of new discovery materials to the defense.
4        c)    Counsel for defendant desires additional time to review the discovery, to consult
5  with her client regarding the charges and potential resolutions, to conduct investigation and
6  research related to the charges and sentencing, and to otherwise prepare for trial. In addition,
7  defense counsel has a federal sex-trafficking jury trial scheduled for April 18, 2022, in *United*
8  *States v. Long Andrews*, 2:18-cr-256-JAM.
9        d)    Counsel for defendant believes that failure to grant the above-requested
10  continuance would deny her the reasonable time necessary for effective preparation, taking into
11  account the exercise of due diligence.
12        e)    The government does not object to the continuance.
13        f)    Based on the above-stated findings, the ends of justice served by continuing the
14  case as requested outweigh the interest of the public and the defendant in a trial within the
15  original date prescribed by the Speedy Trial Act.
16        g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
17  et seq., within which trial must commence, the time period of March 29, 2022 to May 10, 2022,
18  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
19  because it results from a continuance granted by the Court at defendant's request on the basis of
20  the Court's finding that the ends of justice served by taking such action outweigh the best interest
21  of the public and the defendant in a speedy trial.
22      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
23  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
24  must commence.
25      IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated:  March 24, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated:  March 24, 2022 | /s/ Toni L. White<br>Toni L. White<br>Counsel for Defendant<br>FRANCELINO MARIO ALVES |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of March, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE