TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00220 JAM |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| FRANCELINO ALVES, | |
| Defendants. | |

The defendant, Francelino Alves, by and through his counsel, Toni White, the Government, by and through its counsel, David Spencer, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 18, 2022.

2. By this stipulation, defendants now move to continue the status conference until October 25, 2022,, at 9:00 a.m., and to exclude time between October 18, 2022, and October 25, 2022, under Local Code T4.

   a) On July 26, 2021, the Court signed an order substituting attorney Toni White as counsel of record for defendant. ECF No. 23.

   b) The government has represented that the discovery associated with this case includes approximately 450 pages of investigative reports, photographs, and other documents, as well as multiple audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. On

November 22, 2021, the government produced approximately 70 pages of new discovery materials to the defense.

      c)     Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2022 to October 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October14, 2022　　　　　　　　　PHILLIP TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:*/s/ David Spencer*
　　　　　　　　　　　　　　　　　　　　DAVID SPENCER
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　For the United States

Dated: October 14, 2022　　　　　　　　　By:*/s/ Toni White*
　　　　　　　　　　　　　　　　　　　　TONI WHITE
　　　　　　　　　　　　　　　　　　　　For Defendant Francelino Alves

**O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of October, 2022.

Dated: October 14, 2022         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE