TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00220 JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| FRANCELINO ALVES, | |
| Defendants. | |

The defendant, Francelino Alves, by and through his counsel, Toni White, the Government, by and through its counsel, David Spencer, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 25, 2022.

2. By this stipulation, defendants now move to continue the status conference until November 29, 2022, and to exclude time between October 25, 2022, and November 29, 2022, under Local Code T4.

    a) On July 26, 2021, the Court signed an order substituting attorney Toni White as counsel of record for defendant. ECF No. 23.

    b) The government has represented that the discovery associated with this case includes approximately 450 pages of investigative reports, photographs, and other documents, as well as multiple audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. On

November 22, 2021, the government produced approximately 70 pages of new discovery materials to the defense.

      c)      The Government and defense are working through a variety of issues relating to the evidence and provisions of the United States Sentencing Guidelines as they may relate to sentencing. Additionally, a plea agreement has been issued and is under consideration. Both sides are currently working to resolve potential issues relating to both trial and potential sentencing issues.

      d)      Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 25, 2022 to November 29, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 21, 2022                            PHILLIP TALBERT
                                                           United States Attorney

                                                           By:*/s/ David Spencer*
                                                           DAVID SPENCER

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

Assistant U.S. Attorney
For the United States

Dated: October 21, 2022

By: /s/ *Toni White*
TONI WHITE
For Defendant Francelino Alves

# O R D E R

IT IS SO FOUND AND ORDERED this 21st day of October, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE