TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-0220 JAM |
| Plaintiff, | [~~PROPOSED~~] ORDER WAIVING DEFENDANT'S APPEARANCE |
| v. | |
| FRANCELINO ALVES | |
| Defendant. | |

  Based on the Request for Appearance Waiver filed with this Court on May 3, 2023, and on the information and signatures contained therein, it is hereby ordered that Defendant FRANCELINO ALVES' appearance be waived in the circumstances set forth herein, subject to any Order by the Court requiring her appearance, which would supersede this Order.

  FRANCELINO ALVES' appearance is waived for hearings of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of May, 2023.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE