TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FRANCELINO ALVES<br><br>  Defendant. | No. 2:18-CR-0220 JAM<br><br>[~~PROPOSED~~] **ORDER FOR TEMPORARY RELEASE OF DEFENDANT** |

# O R D E R

Defendant's Motion for Temporary Release is granted. In consideration of Defendant's Motion for Temporary Release, ECF No. 45, the hearing on the Motion and Defendant's subsequent Memorandum Regarding Temporary Release, ECF No. 50, it is hereby ordered that Defendant FRANCELINO ALVES be released into the care and custody of defense investigator Larry Menard on May 17, 2023 at 8:00 a.m. for the purpose of attending a medical appointment to determine whether he is match to donate a kidney to his mother. It is further ordered that FRANCELINO ALVES must be returned to the Yuba County jail at or before 4:00 p.m. that same

day. In the interim, Mr. Alves may attend a banking appointment with his mother and, to the extent time allows, complete guardianship and property transfer paperwork.

IT IS SO FOUND AND ORDERED this 10th day of May, 2023.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE