TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244


Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>FRANCELINO ALVES,<br><br>           Defendant | CASE NO. 2:18-cr-00220-JAM.<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

   Defendant FRANCELINO ALVES, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER, hereby stipulate as follows:

   1.   By previous order, this matter was set for sentencing on February 13, 2024.

   2.   By this stipulation, defendant now moves to continue the sentencing to **May 21, 2024, at 09:00 a.m.**  The GOVERNMENT does not oppose this request.

   3. This continuance will allow for continued meetings with Mr. Alves, to the drafting and submission of sentencing memoranda and to complete the defense preparation for sentencing. Additionally, a sentencing mitigation expert is completing an analysis and counsel needs additional time to discuss matters with him.

   4. The probation officer, Lynda Moore, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **May 21, 2024** |
| Reply, or Statement of Non-opposition: | **May 14, 2024** |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **May 7, 2024** |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | **April 30, 2024** |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | **April 23, 2024** |
| The Proposed Pre-Sentence Report has shall be Disclosed to Counsel | **April 9, 2024** |

IT IS SO STIPULATED.

Dated: February 7, 2024         PHILLIP A. TALBERT
                                United States Attorney

                                By:   */s/ David Spencer*
                                DAVID SPENCER
                                Assistant U.S. Attorney

                                For the United States

Dated: February 7, 2024         By:   */s/ Toni White*
                                TONI WHITE

                                For Defendant Francelino Alves

## **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: February 07, 2024         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE