TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FRANCELINO MARIO ALVES,<br><br>　　　　　　　Defendant | CASE NO. 2:18-cr-00220-JAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

　　　Defendant FRANCELINO ALVES, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for sentencing on May 21, 2024.

　　　2.　　By this stipulation, defendant now moves to continue the sentencing to **September 10, 2024, at 09:00 a.m.**  The GOVERNMENT does not oppose this request.

　　　3. This continuance will allow for continued meetings with Mr. Alves, to the drafting and submission of sentencing memoranda and to complete the defense preparation for sentencing. Additionally, we are awaiting information on his underlying state case because there is a potential concurrent time issue, as set forth in the plea agreement, and our sentencing mitigation expert is still compiling a mitigation packet. Lastly, Mr. Alves has recently suffered significant health issues in custody and we are obtaining records relative to that issue in preparation for sentencing.

1

4. The probation officer, Lynda Moore, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **September 10, 2024** |
| Reply, or Statement of Non-opposition: | **September 3, 2024** |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **August 27, 2024** |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | **August 20, 2024** |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | **August 13, 2024** |
| The Proposed Pre-Sentence Report has shall be Disclosed to Counsel | **July 30, 2024** |

IT IS SO STIPULATED.

Dated: May 14, 2024                     PHILLIP A. TALBERT
                                        United States Attorney

                                        By:  /s/ David Spencer
                                        DAVID SPENCER
                                        Assistant U.S. Attorney

                                        For the United States

Dated: May 14, 2024                     By:  /s/ Toni White
                                        TONI WHITE

                                        For Defendant Francelino Alves

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: May 16, 2024                     /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE

3