TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANCELINO MARIO ALVES,<br><br>                    Defendant | CASE NO. 2:18-cr-00220-JAM<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING; ORDER** |

   Defendant FRANCELINO ALVES, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER, hereby stipulate as follows:

   1.     By previous order, this matter was set for sentencing on September 10, 2024.

   2.     By this stipulation, defendant now moves to continue the sentencing to **December 10, 2024, at 09:00 a.m.**  The GOVERNMENT does not oppose this request.

   3. This continuance will allow for continued meetings with Mr. Alves, to the drafting and submission of sentencing memoranda and to complete the defense preparation for sentencing. Additionally, we recently received information on his underlying state case that was needed to address the potential concurrent time and credits given the U.S.S.G. 5G issue in this matter.

   4. The probation officer, Lynda Moore, is available and is in agreement with the disclosure schedule requested by the parties.

1

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | December 10, 2024 |
| Reply, or Statement of Non-opposition: | **December 3, 2024** |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **November 26, 2024** |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | **November 19, 2024** |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | **November 12, 2024** |
| The Proposed Pre-Sentence Report shall be Disclosed to Counsel | **October 29, 2024** |

IT IS SO STIPULATED.

Dated: September 3, 2024          PHILLIP A. TALBERT
                                  United States Attorney

                                  By:   /s/ David Spencer
                                  DAVID SPENCER
                                  Assistant U.S. Attorney

                                  For the United States

Dated: September 3, 2024          By:   /s/ Toni White
                                  TONI WHITE

                                  For Defendant Francelino Alves

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: September 04, 2024         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE