TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCELINO MARIO ALVES,<br><br>Defendant | CASE NO. 2:18-cr-00220-JAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
|---|---|

Defendant FRANCELINO MARIO ALVES, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 10, 2024. The Court subsequently continued the sentencing, on its own motion, to December 17, 2024.

2. By this stipulation, defendant now moves to continue the sentencing to **February 11, 2025, at 09:00 a.m.** The GOVERNMENT does not oppose this request.

3. The presentence report in this matter was disclosed on December 4, 2024 with an amended second final disclosed on December 5, 2024. This continuance will allow time for defense counsel to review the presentence report, discuss it with Mr. Alves and draft sentencing memoranda. In addition, defense counsel is awaiting information from the Sacramento County Public Defender's

1

officer regarding Mr. Alves' credits. That information is relevant to sentencing because of the recommendation under U.S.S.G. §5G1.3(b).

4. The probation officer, Lynda Moore, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | February 11, 2025 |
| Reply, or Statement of Non-opposition: | February 4, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 28, 2025 |
| The Pre-Sentence Report has Been Disclosed to Counsel and Filed with the Court. | |

IT IS SO STIPULATED.

Dated:  December 10, 2024        PHILLIP A. TALBERT
                                 United States Attorney

                                 By:   */s/ David Spencer*
                                 DAVID SPENCER
                                 Assistant U.S. Attorney

                                 For the United States

Dated:  December 10, 2024        By:   */s/ Toni White*
                                 TONI WHITE

                                 For Defendant Francelino Alves

# **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: December 10, 2024         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE