TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
FRANCELINO ALVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>FRANCELINO MARIO ALVES,<br><br>         Defendant. | No. 2:18-cr-00220-JAM<br><br>**ORDER SEALING ATTACHMENT TO SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Francelino Alves, IT IS HEREBY ORDERED that the attachment to the supplement to defendant's sentencing memorandum shall be **SEALED** until further order of this Court.

Dated:  March 19, 2025                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE