IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:18-cr-00220-JAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| FRANCELINO MARIO ALVES, | ) | |
| Defendant. | ) | |

The circuit court ordered the Federal Defender to locate counsel for an appeal. CJA Panel attorney **Victoria Buchanan** (Bar Number: 153318) accepted the appointment. This order **CONFIRMS** Ms. Buchanan is **APPOINTED** and **ADDED** to this court's docket *nunc pro tunc* to April 01, 2025. The defendant was previously determined to qualify for appointed counsel.

Dated: April 18, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE